United States District Court
Southern District of Texas
**ENTERED**
September 28, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Harun Yilmaz, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-6700 |
| | § | |
| United States of America, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Plaintiff filed a Notice of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Doc. 6. By effect of the Notice, this action is DISMISSED. Each party shall bear its own costs, expenses, and attorneys' fees. The Clerk of Court is directed to close the case.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 28th of September, 2026.

Nicholas J. Ganjei
United States District Judge